No. 00–8474. LAWSON v. MISSISSIPPI DEPARTMENT OF CORRECTIONS ET AL. Sup. Ct. Miss. Certiorari denied.

No. 00–8476. MAYFIELD v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8482. BRADLEY v. BLANCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8484. MUHAMMAD v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 00–8487. PITT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 00–8488. JONES v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 00–8489. TURNBOE v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–8490. JOEL v. CITY OF ORLANDO. C. A. 11th Cir. Certiorari denied.

No. 00–8502. WELLS v. SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–8503. BOWENS v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–8506. BALLEJOS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8509. POWELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.

No. 00–8510. COLLMAN v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–8511. BOGANY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–8517. LUCERO v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.